In the Matter of Kevin Banks, Appellant, v John B. Rhea, as Chairperson of the New York City Housing Authority, Respondent.

Submitted May 9, 2016; decided June 23, 2016

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.